## MOORE v. N.C. FARM BUREAU MUT. INS. CO.

No. 626P86.

Case below: 82 N.C. App. 616.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## MURRAY v. BIGGERSTAFF

No. 462P86.

Case below: 81 N.C. App. 377.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 November 1986.

## NCNB v. POWERS

No. 580P86.

Case below: 82 N.C. App. 540.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## ROGERS & HUDSON PROPERTIES v. BEST HEALTH, INC.

No. 623P86.

Case below: 82 N.C. App. 761.

Petition by defendant (Lorraine M. Kromnick) for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## STATE v. ALSTON

No. 555PA86.

Case below: 82 N.C. App. 372.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1986.